CEM: USAO# 2024R00524
PAR 10.22.24


USDC- BALTIMORE
'24 OCT 24 PM 3:45

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** ELH -24-311 |
| **v.** | **(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Aiding and Abetting, 18 U.S.C. §2; Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); 18 U.S.C. § 2250; Forfeiture, 18 U.S.C. §2253, 21 U.S.C. §853(p))** |
| **JAMES EDWARD HOWETH,** | |
| **Defendant.** | |

## INDICTMENT

## COUNT ONE
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about April 21, 2021 in the District of Maryland, the defendant,

## JAMES EDWARD HOWETH,

did knowingly employ, use, persuade, induce, entice and coerce a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of forty-nine (49) image files, which depict Minor Victim, a prepubescent minor female, in close proximity to an erect male penis, said image files having been stored on a Samsung Galaxy S9 cell phone, IMEI 352410091401005, manufactured in Vietnam.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

1

## COUNT TWO
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 14, 2024, in the District of Maryland, the defendant,

## JAMES EDWARD HOWETH,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a Samsung Galaxy S9 cell phone, IMEI 352410091401005, manufactured in Vietnam, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B). 2252A(b)(2) & 2256

## COUNT THREE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 14, 2024, in the District of Maryland, the defendant,

**JAMES EDWARD HOWETH,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a Samsung Galaxy S21 5G cell phone, IMEI 350166284657181, manufactured in Vietnam, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §2253 and 21 U.S.C. § 853(p), in the event of the defendant's convictions on any of the offense charged in Counts One through Three of this Indictment.

### Sexual Exploitation of Children Forfeiture and Possession of Child Pornography

2. Upon conviction of any of the offenses set forth in Counts One to Three of this Indictment, the defendant,

### JAMES EDWARD HOWETH,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant's residence in East New Market, Maryland, on or about March 14, 2024:

a. a Samsung Galaxy S9 cell phone, IMEI 352410091401005; and

b. a Samsung Galaxy S21 5G cell phone, IMEI 350166284657181

## Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

18 U.S.C. § 2253
21 U.S.C. § 853(p)

_Erek L. Barron_
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

10/24/2024
Date