**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

FILED
LOGGED
ENTERED
RECEIVED
OCT 3 0 2024
BY
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

UNITED STATES OF AMERICA

vs.                                     Case No.   24-CR-311-ELH

James Edward Howeth

\* \* \* \* \* \*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____ Francisco Carriedo (AFPD) _____, and the Government was represented by

Assistant United States Attorney _____ Colleen McGuinn _____, it is

**ORDERED,** this 30th day of October 2024, that the above-named defendant

be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either

side requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____
Erin Aslan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement