**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO: ELH-24-311** |
| **JAMES EDWARD HOWETH** | |

**MOTION TO SEAL**
**GOVERNMENT'S RESPONSE TO DEFENSE MOTIONS AND EXHIBITS**

The United States of America moves this Honorable Court to order and direct that this motion and the Government's Response to Defense Motions and Exhibits should be **SEALED**.

The Government's Response contains information regarding minor children that should not be available to the public, namely identifying information, as well as some identifying information of others. The Government has redacted those portions in the Response and for Exhibits 2 and 3 for the public filing. Exhibit 1 should remain under seal in its entirety. Therefore, the Government respectfully requests that the Government's Response and Exhibits 1, 2 and 3 be sealed.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Colleen Elizabeth McGuinn
Assistant United States Attorney

1
