



# DISTRICT COURT OF MARYLAND FOR Dorchester County

Located at 310 Gay Street, Cambridge, Maryland 21613-1813

Case No. D-021-CR-24-000159

**STATE OF MARYLAND**    **VS.**    **HOWETH, JAMES EDWARD**

COMPLAINANT:
Officer: ANTAL SGT
Agency/Subagency: MSP 9040
Officer ID: 4970

CC#: 23MSP38227    SID:    FBI#:
LID:    DL#:    MD
Race: W   Sex: M   Ht:    Wt:    Hair: BRO   Eyes:
DOB:    Home phone:    Cellphone:

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: ANTAL SGT IT IS FORMALLY CHARGED THAT HOWETH, JAMES EDWARD at the dates, times and locations specified below:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 1756 | CR 11 208 | 5 Y &/or $2,500.00 | POSSESS CHILD PORNOGRAPHY |
| 1 0300 | CR 11 207 ((a)(4)) | 10 Y &/or $25,000.00 | CHILD PORN PROMOTE/DISTRB |
| 1 0322 | CR 3 602 ((b)(1)) | 25 Y | SEX ABUSE MINOR |

Date : 03/14/2024   Time : 11:59 AM

Tracking No. 190001084490

Judicial Officer: _____ 2143

CA

## DISTRICT COURT OF MARYLAND FOR _Dorchester_ (City/County)

LOCATED AT (COURT ADDRESS)
310 Bay St.
Cambridge, MD 21613

DC Case: D-021-CR-24-000159    RELATED CASES:

190001084490          190001084490

DEFENDANT'S NAME (LAST, FIRST, M.I.)

| COMPLAINANT | | DEFENDANT | |
|---|---|---|---|
| NAME (LAST, FIRST, M.I.) Antal, T. | TITLE Sergeant | NAME (LAST, FIRST M.I.) Howeth, James E. | TITLE N/A |
| AGENCY MSP | SUB-AGENCY 40-CED | MAFIS NAME (LAST, FIRST, M.I.) N/A | TITLE |
| I.D. NO. (POLICE) 4970 | | | |
| WORK TELEPHONE 410-822-3101 | HOME TELEPHONE N/A | I.D. NO. N/A  RACE W  SEX M  HT.  WT. | D.O.B. (MM/DD/YY) ▇▇▇ |
| ADDRESS 7053 Ocean Gateway | APT. NO. — | CC/OCA 23-MSP-038227  HAIR Brown, unk,  EYES  OTHER DESCRIPTION N/A | |
| CITY Easton | STATE MD   ZIP CODE 21601 | DRIVER'S LICENSE # MD ▇▇▇ | STATE |
| | | WORK TELEPHONE N/A | HOME TELEPHONE |

☐ DOMESTIC VIOLENCE      ☐ HATE CRIME

☐ VULNERABLE ADULT ABUSE   ☒ CHILD ABUSE

ADDRESS ▇▇▇    APT. NO. N/A

CITY ▇▇▇    STATE    ZIP CODE

Page 1 of ___

### STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1** CJIS CODE #1_1756#   AR CR 11-208   ON OR ABOUT (DATE) 9-15-2023   AT (PLACE)

...did knowingly possess and intentionally retain photograph to wit: prepubescent female engaged in sexual activity showing individual under 16 years of age engaged in sexual conduct.

IN VIOLATION OF:
☐ MD. ANN. CODE ART ___ SEC. ___ ; ☐ COMMON LAW OF MD: ___ ; ☐ PUB. LOCAL LAW ART. ___ SEC. ___

PROBABLE CAUSE ☒ Y ☐ N

☐ COMAR OR AGENCY CODE NO. ___ ; ☐ ORDINANCE NO. ___

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE ___

COMMISSIONER INITIALS ___   ID NO. 6773

**2** CJIS CODE #1_0300#   AR CR 11-207(a)(4)   ON OR ABOUT (DATE) 9-15-2023   AT (PLACE)

...did knowingly distribute photograph that depicts a minor engaged as a subject in sexual conduct.

IN VIOLATION OF:
☐ MD. ANN. CODE ART ___ SEC. ___ ; ☐ COMMON LAW OF MD: ___ ; ☐ PUB. LOCAL LAW ART. ___ SEC. ___

PROBABLE CAUSE ☒ Y ☐ N

☐ COMAR OR AGENCY CODE NO. ___ ; ☐ ORDINANCE NO. ___

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE ___

COMMISSIONER INITIALS ___   ID NO. 2495

☐ CONTINUED ON ATTACHED SHEET (FORM DC-CR-002A)

☐ APPLICANT REQUESTS REASONABLE PROTECTION FOR SAFETY OF THE ALLEGED VICTIM OR THE VICTIM'S FAMILY. ----

(DESCRIBE)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE 3-14-24   ISSUING PEACE OFFICER

AGENCY ___   SUB-AGENCY ___   I.D. NO. ___



190001084490

COURT COPY

**DISTRICT COURT OF MARYLAND FOR** Dorchester County (City/County)

LOCATED AT (COURT ADDRESS)
301 Gay St
Cambridge, MD 21613

DC Case: **D-021-CR-24-000159**

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME | D.O.B. |
|---|---|---|
| Howeth, James E. | | 06/03/1983 |

**STATEMENT OF CHARGES (CONTINUED)**   Page 2 of 2

IT IS FORMALLY CHARGED THAT THE DEFENDANT

3  CJIS CODE 1_0322   AR   ON OR ABOUT (DATE) 3/14/24   AT (PLACE) ▬▬▬

...did cause sexual abuse to ▬▬▬, a minor, ▬▬▬

IN VIOLATION OF:
[X] MD. ANN. CODE ART __CR__ SEC. _3-602b1_ ; [ ] COMMON LAW OF MD: ____ ; [ ] PUB. LOCAL LAW ART. ____ SEC. ____

PROBABLE CAUSE [X] Y  [ ] N

[ ] COMAR OR AGENCY CODE NO. ____ ; [ ] ORDINANCE NO. ____ ;

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS ____ ID NO. ____

---

CJIS CODE   AR   ON OR ABOUT (DATE)   AT (PLACE)

IN VIOLATION OF:
[ ] MD. ANN. CODE ART _3_ SEC. _203_ ; [ ] COMMON LAW OF MD: ____ ; [ ] PUB. LOCAL LAW ART. ____ SEC. ____

PROBABLE CAUSE [ ] Y  [ ] N

[ ] COMAR OR AGENCY CODE NO. ____ ; [ ] ORDINANCE NO. ____ ;

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS ____ ID NO. ____

---

5  CJIS CODE   AR   ON OR ABOUT (DATE)   AT (PLACE)

IN VIOLATION OF:
[ ] MD. ANN. CODE ART ____ SEC. ____ ; [ ] COMMON LAW OF MD: ____ ; [ ] PUB. LOCAL LAW ART. ____ SEC. ____

PROBABLE CAUSE [ ] Y  [ ] N

[ ] COMAR OR AGENCY CODE NO. ____ ; [ ] ORDINANCE NO. ____ ;

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS ____ ID NO. ____

---

[ ] CONTINUED ON ATTACHED SHEET (FORM DC-CR-002A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE 3/14/24

ISSUING PEACE OFFICER  Sgt T. Antal

AGENCY MSP   SUB-AGENCY 9058   I.D. NO. 4970

Tr.#190001084490

DC-CR-002A (Rev. 10/2017)



## DISTRICT COURT OF MARYLAND FOR Dorchester County
............................................ (City / County)

LOCATED AT ( COURT ADDRESS )
310 Gay St., PO Box 547
Cambridge, MD  21613-1813

DC Case : **D-021-CR-24-000159**

RELATED CASES:
............................................
............................................

| COMPLAINANT | | | DEFENDANT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME (LAST, FIRST, M.I.) Antal | | TITLE Tpr | NAME (LAST, FIRST, M.I.) Howeth, James Edward | | | | | | TITLE |
| AGENCY MSP | SUB-AGENCY 9058 | I.D. NO. (POLICE 4970 | MAFIS NAME (LAST, FIRST, M.I.) | | | | | | TITLE |

| WORK TELEPHONE (410 ) 819-4747 | HOME TELEPHONE ( ) |
|---|---|

| I.D. NO. | RACE W | SEX M | HT 603 | WT | D.O.B. (MM/DD/YY) ▓▓▓ |
|---|---|---|---|---|---|

| ADDRESS 7053 Ocean Gateway | APT. NO. |
|---|---|

| CC/OCA | HAIR Brn | EYES | OTHER DESCRIPTION |
|---|---|---|---|

| CITY Easton | STATE MD | ZIP CODE 21601 |
|---|---|---|

DRIVER'S LICENSE # MD ▓▓▓▓ STATE MD

WORK TELEPHONE ( )  HOME TELEPHONE ( )

ADDRESS ▓▓▓▓ APT. NO.

CITY ▓▓▓ STATE ▓▓▓ ZIP CODE ▓▓▓

- ☐ DOMESTIC VIOLENCE   ☐ HATE CRIME
- ☐ VULNERABLE ADULT ABUSE   ☑ CHILD ABUSE

Page 1 of 3

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION: (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED)

On October 23, 2023, the Maryland State Police – Criminal Enforcement Division received CyberTipline Report 174159826 from the National Center for Missing and Exploited Children (NCMEC). The complaint was made by Synchronoss Technologies, Inc. who provided NCMEC with the following information: On September 15, 2023 at 21:06:11 UTC, an image was uploaded to Verizon Synchronoss Technologies account utilizing the phone number ▓▓▓▓, one image depicting suspected Child Sexual Abuse Material (CSAM) was uploaded to a Synchronoss Technologies, Inc. account with the phone number ▓▓▓▓ and email address ▓▓▓▓. I reviewed the attached media and determined that one image depicted CSAM as defined by Maryland Law and can be described as the following:

• Image #1 depicts one female believed to be under the age of 8, fully nude in a sexual position on a bed engaging in oral sex with an adult male erect penis.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)
Go to "continued" page

PROBABLE CAUSE CHARGES # 1-3
LACK OF PROBABLE CAUSE CHARGES # _____

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE 3/14/24 | ARRESTING OFFICER Sgt Antal T. Antal |
|---|---|
| AGENCY MSP | SUB-AGENCY 9058 | I.D. NO. 4970 |

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT
☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT

☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

| DATE 03/14/24 | JUDICIAL OFFICER | COMMISSIONER I.D. NO. 473 |
|---|---|---|

Tr.#190001084490

PC DC/CR 4 (Rev. 4/2002)

PAGE 1 OF 4



**DISTRICT COURT OF MARYLAND FOR** Dorchester County ............................................................................ (City / County )

LOCATED AT ( COURT ADDRESS )
310 Gay St., PO Box 547
Cambridge, MD 21613-1813

DC Case : **D-021-CR-24-000159**

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| Howeth, James Edward | |

Page **2** of **3**

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

It was determined through my investigation that the email address ███████████ is the email address associated with a James Edward Howeth. Through investigations conducted by me it was discovered that James Howeth listed that email address as his email address with the ███████████ system. Through the investigation I have learned that Ann Curl and James Haweth have a romantic relationship. Additionally, James Howeth listed Ann Curl on a ███████████ contact list as a emergency contact.

A search of the Motor Vehicle Administration database showed an address of ███████████ for James Howeth. Additionally, James Howeth used that address as his residence with the ███████████

On March 14, 2024 at 0535 hours I executed a search and seizure warrant on ███████████. During the search warrant I conducted an interview with James Howeth. James Howeth stated that he has downloaded and distributed child porn. James Howeth stated that he has had this problem for a while. ███████████

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 3/14/24 | Sgt Antal 7. Antal |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| MSP | 9058 | 4970 |

Tr.#190001084490

PC DC/CR 4A (Rev. 4/02)

PAGE 2 OF 4



# DISTRICT COURT OF MARYLAND FOR Dorchester County ................................................................. (City / County)

LOCATED AT (COURT ADDRESS)

310 Gay St., PO Box 547

Cambridge, MD 21613-1813

DC Case: **D-021-CR-24-000159**

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| Howeth, James Edward | |

Page __3__ of __3__

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

James Howeth was placed under arrest and transported to Dorchester County Maryland State Police office.

All events occurred in Dorchester County.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 3/14/24 | Sgt Antal T. Antal |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| MSP | 9058 | 4970 |

Tr.#190001084490

PC DC/CR 4A (Rev. 4/02)

PAGE 3 OF 4

# NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

## TO THE PERSON CHARGED:

1. This paper charges you with committing a crime.

2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.

4. You have the right to have a lawyer.

5. A lawyer can be helpful to you by:
    (A) explaining the charges in this paper;
    (B) telling you the possible penalties;
    (C) explaining any potential collateral consequences of a conviction, including immigration consequences;
    (D) helping you at trial;
    (E) helping you protect your constitutional rights; and
    (F) helping you to get a fair penalty if convicted.

6. Even if you plan to plead guilty, a lawyer can be helpful.

7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.

8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

---

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

---

## RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

_____
Date

_____
Signature of Defendant

_____
Date

_____
Commissioner

_____
I.D. No.