_____FILED _____ ENTERED
_____LOGGED _____ RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FEB 0 2 2026

CLERK, U.S.
DISTRICT COURT, MARYLAND

UNITED STATES OF AMERICA          *

vs.                                *

James Howeth                       *          Criminal No: 24-CR-311-ELH

                                   *

BY          _JG_          DEPUTY

* * * * * * * * * * * * * * *

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Dorchester County School Records | 2/4/26 | 2/4/26 |
| 2 | MSP Digital Forensic Team Report 3-14-24 | | |
| 3 | Sgt. Antal BWC Pt. 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |

1